UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAHREEM PERRY,

                        Plaintiff,

-against-

DAVID ROBLES; YVETTE AGOSTO,

                        Defendants.

23-CV-7696 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 21, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 21, 2023
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge